UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Axcan Scandipharm Inc.,

                Plaintiff,

                                      Civ. No. 07-2556 (RHK/JSM)
                                              **ORDER**

v.

ETHEX Corporation, *et al.*,

                Defendants.

---

      This matter is before the Court on Plaintiff's Unopposed Motion to Consolidate Briefing (Doc. No. 49). Plaintiff seeks permission to file one memorandum, limited to 18,000 words, in response to Defendants ETHEX Corporation's and KV Pharmaceutical Company's Motion for Judgment on the Pleadings and Defendants Global Pharmaceutical's and Impax Laboratories, Inc.'s Motion to Dismiss. The Court having considered the Motion and concluding that the relief requested therein is appropriate, **IT IS ORDERED** that Plaintiff's Motion is **GRANTED**.

Dated: August  9 , 2007                                        s/Richard H. Kyle
                                                                       RICHARD H. KYLE
                                                                        United States District Judge