# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Axcan Scandipharm Inc.,

Plaintiff,

Civ. No. 07-2556 (RHK/JSM)
**ORDER**

v.

ETHEX Corporation, *et al.*,

Defendants.

---

This matter is before the Court on Defendants' Joint Motion for an Extension of Time to File Reply Briefs in support of their pending Motions to Dismiss and for Judgment on the Pleadings (Doc. No. 53). Although Plaintiff does not oppose the Motion, Defendants have shown no cause for the extension they seek, let alone good cause. Moreover, while such an extension may be beneficial to the parties, it will hamper the Court's ability to effectively and thoroughly review the parties' Reply papers prior to the hearing scheduled for September 19, 2007. Accordingly, **IT IS ORDERED** that Defendants' Motion is **DENIED**.


Dated: August  29 , 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge