# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Axcan Pharma US, Inc., | Civil No. 09-1062 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Ethex Corporation, KV Pharmaceutical Company, | |
| Defendants. | |

Based upon the Stipulated and Joint Motion to Dismiss Without Prejudice (Doc. No. 169), **IT IS ORDERED** that Plaintiff Axcan Pharma US, Inc.'s claims against Defendants KV Pharmaceutical Company and Ethex Corporation are hereby **DISMISSED WITHOUT PREJUDICE** and without costs or attorneys' fees to any party.

Dated: August 6, 2009

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge